# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAUL CHILL and SYLVIA CHILL, for the use and benefit of the CALAMOS GROWTH FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CALAMOS ADVISORS, LLC and CALAMOS FINANCIAL SERVICES, LLC, <br><br> Defendants. | No. 17-CV-01658 <br><br> Underlying Litigation: <br> Case No. 15-cv-01014 (ER) <br> United States District Court <br> Southern District of New York <br><br> **AMENDED DECLARATION OF MARK A. STRAUSS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS, OR, IN THE ALTERNATIVE, TO TRANSFER MOTION TO ISSUING COURT** |

MARK A. STRAUSS declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm of Kirby McInerney LLP, counsel for plaintiffs Saul Chill and Sylvia Chill ("Plaintiffs") in the above-captioned underlying litigation which is pending in the United States District Court for the Southern District of New York. As such, I have knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint in the underlying action, filed February 11, 2015.

3. Attached hereto as Exhibit B is a true and correct copy of the Opinion and Order, entered March 28, 2016, in the underlying action denying Defendants' motion to dismiss Plaintiffs' complaint.

4. Attached hereto as Exhibit C is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action issued to Respondent the Calamos Investment Trust, executed May 5, 2016.

5. Attached hereto as Exhibit D are true and correct copies of Subpoenas issued to Respondents the Independent Directors – David D. Tripple, John E. Neal, Stephen B. Timbers, Theresa A. Hamacher, Virginia G. Breen, Weston W. Marsh and William R. Rybak – executed November 11, 2016.

6. Attached hereto as Exhibit E is a true and correct copy of Respondents' Privilege Log, as produced by Respondents' counsel.

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiffs' letter requesting a discovery conference, filed with the court in the Southern District of New York on February 21, 2017.

8. Attached hereto as Exhibit G is a true and correct copy of Respondents' letter opposing Plaintiffs' request for a discovery conference, filed with the court in the Southern District of New York on February 22, 2017.

9. Attached hereto as Exhibit H is a true and correct copy of the docket in the underlying action, updated March 1, 2017.

10. Attached hereto as Exhibit I is a true and correct copy of the Amended and Restated Management Agreement between Calamos Advisors LLC and Calamos Investment Trust, as filed with the SEC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2017 in New York, New York.

                                           /s/ Mark A. Strauss
                                           MARK A. STRAUSS